**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

FILED
JAMES J. WALDRON, CLERK
JAN 0 6 2011
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

| | |
|---|---|
| In Re:<br><br>**ANA FLORES,**<br><br>　　　　Debtor. | Case No.:　10-34546 (DHS)<br><br>Judge:　Donald H. Steckroth, U.S.B.J. |

**ORDER**

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

Jan. 6, 2011

*/s/ D. Steckroth*
USBJ

**Page 2**
Debtor:           Ana Flores
Case No.:         10-34546 (DHS)
Caption of Order: **Order**

---

This matter having been opened to the court upon motion filed by the Debtor, Ana Flores ("Debtor"), seeking an Order finding Chase Bank USA, N.A. ("Chase") in willful violation of the automatic stay pursuant to 11 U.S.C. § 362(a) as well as turnover of the subject funds to the Debtor pursuant to 11 U.S.C. §§ 542 and 543 and costs, attorney's fees, sanctions, and punitive damages for contempt pursuant to 11 U.S.C. § 362(k)(1), and the Court having reviewed the pleadings and opposition to the motion filed in this matter and having heard the arguments of counsel, and for the reasons set forth in the Court's Letter Opinion of January 6, 2011, and for good cause shown, it is

ORDERED that the Debtor's motion be and the same is hereby denied.

......